# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-cr-00276-RSB-CLR |
| ) | |
| JEMARIO ANQUAN SCOTT, ) | |
| a/k/a JAMES A. WRIGHT, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON APPLICATION FOR LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Robert A. Lewallen, Jr., who is the attorney for the Defendant, for the period of Monday, September 16, 2019, through Friday, September 20, 2019. The Application is hereby GRANTED and Mr. Lewallen shall have Leave of Absence in the above captioned case from Monday, September 16, 2019 through Friday, September 20, 2019 pursuant to Local Rule 83.9.

So ordered, this 12th day of September, 2019.

The Hon. Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia